

110 EAST 42ND STREET- SUITE 1508
NEW YORK, N.Y. 10017
WWW.SCWINJURYLAW.COM
Tel:   (212) 571-7171
Fax:   (212) 571-7174

ADAM D. CAHN
W. MATTHEW SAKKAS
MITCHEL E. WEISS*
*also admitted to practice in NJ & CT

September 27, 2023

Honorable Paul A. Engelmayer
Federal Building and U.S. Courthouse
40 Foley Square, Room 2201
New York, NY 10007

    RE: **Derrick E. Boalds v. Suman A. Khan**
       Case No. 1:23-CV-03327- PAE
       Our File No. 4230

Dear Judge Engelmayer:

  I represent the plaintiff in the above-referenced matter.   A telephone conference is scheduled to be held before Your Honor on November 3, 2023 at 10:00 a.m.  I will be out of the country at that time and respectfully request that the Court reschedule the conference.   I have conferred with Ms. Bonnick, attorney for the defendant herein and she consents to the adjournment.

  The dates listed below are convenient dates for both parties:

November 2, 2023 – in the a.m. or p.m.
November 14, 2023 – in the a.m.
November 20, 2023 – a.m. or p.m.
November 22, 2023  - a.m. or p.m.

  This is the first time that an adjournment is being requested.

  It will be greatly appreciated if the Court would be able to reschedule the conference on one of the dates listed above.

            Respectfully submitted,

            SAKKAS, CAHN & WEISS, LLP

            MITCHEL E. WEISS, ESQ.

MEW/kg

To:
BARRY MCTIERNAN & MOORE, LLC
**Attention: SANDRA BONNICK, ESQ.**
Via: Email: sbonnick@bmmfirm.com

Granted. The case management conference is now scheduled for November 2, 2023 at 2:00 p.m.

The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

Dated: September 28, 2023
New York, New York

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge